No. 89–325. DZINGLSKI v. WEIRTON STEEL CORP. ET AL. C. A. 4th Cir. Certiorari denied.

No. 89–326. YOUNG, DBA TIFFANY'S v. MOUNT HAWLEY INSURANCE CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 89–328. A. O. SMITH HARVESTORE PRODUCTS, INC., ET AL. v. SAYLOR ET UX., DBA UDDER NONSENSE DAIRY. C. A. 6th Cir. Certiorari denied.

No. 89–336. KRINSK v. FUND ASSET MANAGEMENT, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 89–338. ANDREWS v. INDIANA. Ct. App. Ind. Certiorari denied.

No. 89–345. KAMECKI, ADMINISTRATRIX OF THE ESTATE OF KAMECKI v. SMILEVSKY. Ct. App. D. C. Certiorari denied.

No. 89–361. PARRISH v. JOURNIGAN ET AL. C. A. 4th Cir. Certiorari denied.

No. 89–367. CAPODAGLI, ADMINISTRATRIX OF THE ESTATE OF CAPODAGLI v. WILSON. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 89–371. AMERICAN STEAMSHIP CO. v. MUSLEH. C. A. 6th Cir. Certiorari denied.

No. 89–391. DIETZ ET UX. v. COMPTROLLER OF THE TREASURY, INCOME TAX DIVISION OF THE STATE OF MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 89–413. JOCHEN v. DEPARTMENT OF VETERANS AFFAIRS ET AL. C. A. 9th Cir. Certiorari denied.